## Commonwealth *v.* Sinwell, Appellant.

Submitted March 18, 1974. *Mark S. Refowich,* Assistant Public Defender, for appellant; *Allan B. Goodman,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Smith, Appellant.

Before BRADLEY, J., without a jury.

Submitted June 18, 1974. *Carol J. Clarfeld,* and *Mottola, Larkin and Clarfeld,* for appellant; *David Richman, Paul J. Sullivan, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.